UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| J&H WEB TECHNOLOGIES, LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 4:17-cv-119 |
| | § JURY DEMAND |
| VADE RETRO TECHNOLOGY, INC., | § |
| | § |
| Defendant. | § |
| | § |

## ORIGINAL COMPLAINT AND JURY DEMAND

### I.   INTRODUCTION

This is an action for patent infringement in which Plaintiff J&H Web Technologies, LLC makes the following allegations against Defendant Vade Retro Technology, Inc.:

### II.   PARTIES

1. Plaintiff J&H Web Technologies, LLC ("J&H") is a Texas limited liability company with its principal place of business at 337 Garden Oaks Blvd., Suite 32776, Houston, Texas 77018.

2. On information and belief, defendant Vade Retro Technology, Inc. ("Vade Retro") is a California corporation having its principal place of business at 180 Sansome Street, 4th Floor, San Francisco, CA 94104.  Vade Retro may be served via its registered agent for service of process, Adrien Gendre, 180 Sansome Street, 4th Floor, San Francisco, CA 94104.

### III.   JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 United States Code.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 and 1338(a).

4. This Court has personal jurisdiction over Vade Retro. Vade Retro has conducted and continues to conduct business within the State of Texas and within the Southern District of Texas. Vade Retro (directly and/or through intermediaries acting on its behalf) uses, offers for sale, sells, and/or advertises its products (including, but not limited to, the products that are accused of patent infringement in this lawsuit) in the United States, the State of Texas, and the Southern District of Texas. Vade Retro (directly and/or through intermediaries acting on its behalf) has committed patent infringement within the State of Texas, and, more particularly, within the Southern District of Texas, as alleged in more detail below. Vade Retro (directly and/or through intermediaries acting on its behalf) has purposefully and voluntarily placed one or more of its products (including, but not limited to, the products and services that are accused of infringement in this lawsuit) into the stream of commerce with the expectation that they will be accessed and used by customers in the State of Texas, and in the Southern District of Texas.

5. As described in further detail below, substantially all of the acts related to the direction of the development of J&H's Unlistr product took place in this district and significant evidence related to the development and marketing of Unlistr (which practices various claims of the patent-in-suit as described in further detail below) to the conception and reduction to practice of the patent-in-suit (and diligence related thereto) resides in this district. Additionally, the inventor of the patent-in-suit resides in this district.

6. Venue is therefore proper in this judicial district pursuant to 28 U.S.C. §1391 and §1400.

### IV.   PATENT IN SUIT

7. On January 13, 2015, United States Patent No. 8,935,342 (the "'342 Patent"), entitled "Method for Detecting and Unsubscribing An Address From A Series of Subscriptions," was duly and legally issued to inventor Henal Patel by the United States Patent and Trademark

Office, after a full and fair examination. A true and correct copy of the '342 Patent is attached as **Exhibit A**.

8. J&H is the owner of the entire right, title, and interest in and to the '342 Patent by assignment, and has the exclusive right to sue for infringement and recover damages for all past, present and future infringement, including against Vade Retro.

9. By way of example only, Claim 1 of the '342 Patent recites one of the inventions disclosed in the '342 Patent:

> 1. A method of processing subscriptions comprising:
> identifying one or more email accounts;
> accessing the mailboxes associated with the email accounts;
> processing, at least a subset of the email messages in the mailboxes to identify those originating with a subscription list;
> processing, at least one email message associated with a subscription list to identify methods of unsubscribing from the subscription;
> wherein identifying methods of unsubscribing from the subscriptions further comprises:
> identifying list-unsubscribe headers in a message header; or
> identifying unsubscribe methods within the message body;
> presenting to the user the subscriptions previously identified: and
> unsubscribing from, at least a single subscription in response to a user requests;
> wherein identifying unsubscribe methods within the message body further comprises:
> collecting unsubscribe hyperlinks from the message body; and
> identifying those hyperlinks as potential unsubscription methods.

('342 Patent, claim 1.)

10. Unlistr has complied with the statutory requirements of 35 U.S.C §287 by placing a notice of the '342 Patent on its website and within the "Help" section of its software application. Notice of the '342 has also been placed on certain software distribution channels, including the Apple App Store and Google Play.

3

## V.  FACTUAL BACKGROUND

### A.  J&H WEB TECHNOLOGIES DEVELOPS USEFUL WEB-BASED PROGRAMS

11. J&H was created in October 2006 by two Houston natives and former computer science classmates, Henal Patel and James Glenn. Messrs. Patel and Glenn, after earning degrees from the Massachusetts Institute of Technology and the University of Houston, started their company with the goal of creating web-based computer technologies that are useful to consumers.

12. J&H's first venture was www.cityslick.net, a website that provides small local businesses the opportunity to reach more customers over the internet. The website has reached over 2.4 million visitors since its inception in 2007, and has assisted over 100,000 small business owners grow with low cost online advertising. Messrs. Patel and Glenn personally engineered and programmed many aspects of the website. The website—www.cityslick.net—remains online today.



(The present interface of the cityslick.net website.)

### B.  INVENTOR PATEL INVENTS THE PATENTED METHODS AND SYSTEMS AND J&H DEVELOPS UNLISTR

13. In early 2010, J&H co-founder Henal Patel was inundated with unwanted subscription email (emails automatically received from distribution lists) due to companies

4

picking up his email address from J&H's websites, as well as other sources logging his email address upon use. The process of manually unsubscribing from unwanted subscription email proved to be burdensome and time intensive.

14. Mr. Patel was unable to locate a technology solution to scan and unsubscribe an email address from unwanted subscription email in bulk or automatically. Predicting that many email users likely encountered the same problem in their email inboxes, Mr. Patel set out to create a solution.

15. By September 2010, Mr. Patel had invested significant time, labor, skill, and money in creating, writing and developing a technology to mass unsubscribe an email user from unwanted subscriptions email automatically.

16. During research and development, Messrs. Patel and Glenn applied their technical expertise to create a "Regular Expressions Dictionary," which identifies over one hundred attribute properties for email subscription lists.[1] The algorithms maintained in the Regular Expressions Dictionary are email-centric and required a significant amount of testing and development. To unsubscribe one or more senders, attribute properties must be determined for each subscription list in a given email queue, and the application is then instructed to take further steps on behalf of the user, such as sending an opt-out request to a designated email address automatically or automating access to unsubscribe links within the body of an email.

17. On August 29, 2011, after a year of software development, J&H publicly released Unlistr 1.0 to software distribution websites download.cnet.com and brothersoft.com. Unlistr is a software program capable of, among other things, intelligently scanning email inboxes,

---

[1] "RegexDictionarySettings," available at <http://unlistr.com/download/RegexSettings.xml> (last accessed January 21, 2016).

detecting email subscriptions using J&H's Regular Expressions Dictionary, and automatically unsubscribing from email subscriptions based on user election.



(The 2011 version of Unlistr.)

18.     At the same time as the release of Unlistr 1.0, J&H launched the website for its new product, www.unlistr.com.   Mr. Patel personally engineered and programmed the website, in addition to loading the Regular Expressions Dictionary on the website for connection to Unlistr 1.0.

6



(The Unlistr website in September of 2011.)

19.     Upon information and belief, within three months of the launch of Unlistr, hundreds of users downloaded the Unlistr program.

20.     As a result of its popularity amongst users, J&H developed a mobile version of the application in May of 2012.  J&H further improved Unlistr in May of 2014, and most recently released a version of the application for Microsoft Outlook.



7



(Unlistr for Mobile Devices (2012-2015).)



(Unlistr for Outlook (2014-2015).)

21.     To date, J&H has devoted considerable capital resources developing, improving and marketing Unlistr's programs, website, and Regular Expressions Dictionary.  In addition, to date, J&H has expended significant time and effort to develop, test and launch Unlistr in multiple programming languages.

22.     Unlistr has been downloaded approximately 103,000 times since its launch on August 29, 2011, with several thousand paying customers.

23.     The Unlistr product practices claims 1-9, 14 and 16 of the '342 patent.

**C.     VADE RETRO**

24.     On January 28, 2014, Vade Retro registered as a corporation in California.

25.     On information and belief, Vade Retro also operates under the name "Vade Secure" with a web site at www.vadesecure.com.  Vade Secure makes, uses, sells, and/or offers for sale a suite of email security products, including "Anti-Malware," "Anti-Phishing," "Anti-

8

Spear Phishing," "Anti-Spam & Email Management" (which includes Graymail Management), and "Safe Unsubscribe."

26. Vade Secure makes, uses, sells, and/or offers for sale a plugin for cPanel that includes graymail management, such as managing subscriptions. *e.g.*, https://www.vadesecure.com/en/products/cpanel-plugin; https://www.pingzine.com/vade-retro-strengthens-its-position-in-the-hosting-world-with-a-new-cpanel-plugin-for-235-million-inboxes-globally/. Vade Secure also refers to these features as Graymail Management and Safe Unsubscribe. The corporate headquarters for cPanel is located in Houston, Texas. https://cpanel.com/company/#contact. On information and believe, activities relating to cPanel making, using, selling, and/or offing for sale the Vade Secure plugin occur at or from cPanel's corporate headquarters in Houston, Texas.

## VI.   COUNT I

### Infringement of U.S. Patent No. 8,935,342

27. J&H refers to and incorporates herein the allegations of paragraphs 1 through 26.

28. Vade Retro has and continues to directly infringe, either literally or under the doctrine of equivalents, at least claim 1 of the '342 Patent in violation of 35 U.S.C. § 271(a) by making, using, selling, and/or offering to sell in the United States certain methods and/or systems disclosed and claimed in the '342 Patent, specifically including its Safe Unsubscribe and Graymail Management (the "Accused Products").

29. Vade Retro has and continues to indirectly infringe, either literally or under the doctrine of equivalents, at least claim 1 of the '342 Patent in violation of 35 U.S.C. § 271(b) by inducing its partners, customers, distributors, and/or end users to make, use, sell, and/or offer for sale the Accused Products, and therefore Vade Retro induces others to directly infringe the '342 Patent. One such example is cPanel. Vade Secure also identifies on its web site that it protects

email boxes for numerous partners, customers, distributors, and/or end users (https://www.vadesecure.com/en/company/), including telenet, VTX Telecom, Netsample, Software Domain, amen, Oceanet Technology, Stella Telecom, alfa-safety, home.pl, 100%Net, infomaniak Network, Renater, OVH.com, Dreamhost, SFR, InternetNow!, freemail, Rediff.com, PineApp, mimecase, Blue Mind, Cisco, Stormshield, Phishme, Ville de Saint-Tropez, Cegid Group, Warner Electric, XL Airways, Saint Denis, Lanvin Paris, Devianne, Paul, Chambre de Commerce et d'Industrie de Paris, Le Point, Daher, l'Humanite, Mephisto, La Croissanterie, Nantes Metropole, Conseil General de la Nievre, Centre Hospitalier Chambery, eDF, Conseil General Gironde, Banque Pouyanne, Triselec Lille, Orchestra, Groupe Doux, Le Mans Metropole, Rabot Dutilleul, and Compagnie de chauffage.

30.  A chart detailing J&H's current infringement contentions for claim 1 of the '342 patent against Vade Retro is attached as **Exhibit B.**  J&H reserves the right to amend and/or supplement this chart (including the assertion of additional claims) in accordance with the Federal Rules of Civil Procedure, Local Patent Rules, and any other applicable rules as this action progresses.  On information and belief, Vade Retro literally infringes at least claims 1, 3, and 7-17 of the '342 patent.

31.  Unlistr has suffered and continues to suffer damages as a result of Vade Retro's infringement of Unlistr's '342 Patent.  Pursuant to 35 U.S.C. § 284, Unlistr is entitled to recover damages from Vade Retro for its infringing acts in an amount subject to proof at trial, but no less than a reasonable royalty.

32.  Vade Retro's infringement of Unlistr's '342 Patent has damaged and will continue to damage J&H, causing irreparable harm for which there is no adequate remedy at law, unless Vade Retro is enjoined by this Court.

## VII.    PRAYER FOR RELIEF

WHEREFORE, J&H respectfully requests that this Court enter judgment in its favor and against Defendant Vade Retro, granting the following relief:

1. Judgment in J&H's favor that Vade Retro infringed and continues to infringe one or more claims of the '342 Patent.

2. An award to J&H of damages adequate to compensate it for Vade Retro's acts of patent infringement, including lost profits, but in no event less than a reasonable royalty, together with interest and costs as fixed by the Court pursuant to 35 U.S.C. § 284.

3. A grant of permanent injunction pursuant to 35 U.S.C. § 283 against Vade Retro, enjoining Defendant from further acts of patent infringement.

4. An award to J&H of its costs of suit and reasonable attorneys' fees pursuant to 35 U.S.C. § 285 due to the exceptional nature of this case.

5. Award J&H pre-judgment and post-judgment interest on its damages.

6. Any further relief that this Court deems just and proper.

Dated:  January 16, 2017.                                  Respectfully submitted,


  */s/ Chris. N. Cravey*
Chris N. Cravey (Attorney-in-Charge)
Texas Bar No. 24034398
S.D. Texas No. 37696
Email: cravey@wmalaw.com
710 N. Post Oak Rd., Suite 350
Houston, Texas 77024
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

OF COUNSEL:

Danny L. Williams
Texas Bar No. 21518050
S.D. Texas No. 406
Email: danny@wmalaw.com
Brian K. Buss
Texas Bar No. 00798089
S.D. Texas No. 21735
Email: bbuss@wmalaw.com
Kyung T. (Drew) Kim
Texas Bar No. 24007482
S.D. Texas No. 31734
Email: dkim@wmalaw.com
Leisa Talbert Peschel
Texas Bar No. 24060414
S.D. Texas No. 882947
Email: lpeschel@wmalaw.com
David K. Wooten
Texas Bar No. 24033477
S.D. Texas No. 30375
Email: dwooten@wmalaw.com
**WILLIAMS MORGAN, P.C.**
710 N. Post Oak Rd., Suite 350
Houston, Texas 77024
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

**ATTORNEYS FOR PLAINTIFF
J&H WEB TECHNOLOGIES, LLC.**