# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| J&H WEB TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:17-cv-119 |
| v. | § § | JURY DEMAND |
| VADE RETRO TECHNOLOGY, INC., | § § | PATENT CASE |
| Defendant. | § § | |

## JOINT MOTION TO DISMISS

Plaintiff J&H Web Technologies, LLC and defendant Vade Secure, Inc. have resolved their disputes and hereby jointly move, pursuant to Fed. R. Civ. P. 41(a)(2), to dismiss all claims and counterclaims against each other in Case No. 4:17-cv-119 with prejudice, with each party to bear its own fees, costs, and expenses.

18761892v.1

| | |
|---|---|
| Dated:  August 4, 2017 | Respectfully submitted,<br><br> /s/ Chris N. Cravey<br>Chris N. Cravey (Attorney-in-Charge)<br>Texas Bar No. 24034398<br>S.D. Texas No. 37696<br>Email: ccravey@jw.com<br>**JACKSON WALKER L.L.P.**<br>1401 McKinney St., Suite 1900<br>Houston, Texas 77010<br>Telephone: (713) 752-4247<br>Facsimile: (713) 752-6747<br><br>**OF COUNSEL**:<br><br>Danny L. Williams<br>Texas Bar No. 21518050<br>S.D. Texas No. 406<br>Email: dwilliams@jw.com<br>Brian K. Buss<br>Texas Bar No. 00798089<br>S.D. Texas No. 21735<br>Email: bbuss@jw.com<br>Kyung (Drew) Kim<br>Texas Bar No. 24007482<br>S.D. Texas No. 31734<br>Email: dkim@jw.com<br>Leisa Talbert Peschel<br>Texas Bar No. 24060414<br>S.D. Texas No. 882947<br>Email: lpeschel@jw.com<br>David K. Wooten<br>Texas Bar No. 24033477<br>S.D. Texas No. 30375<br>Email: dwooten@jw.com<br>**JACKSON WALKER L.L.P.**<br>1401 McKinney St., Suite 1900<br>Houston, Texas 77010<br>Telephone: (713) 752-4200<br>Facsimile: (713) 752-4221<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**J&H WEB TECHNOLOGIES, LLC** |

18761892v.1

        */s/ John Denkenberger*
John D. Denkenberger, WA Bar
No. 25,907 (admitted *pro hac vice*)
James W. Anable, WA Bar No. 7,169
(admitted *pro hac vice*)
Brian F. McMahon, WA Bar No. 45,739
(admitted *pro hac vice*)
CHRISTENSEN O'CONNOR
JOHNSON KINDNESS PLLC
1201 Third Avenue, Suite 3600
Seattle, WA 98101
Telephone: 206.682.8100
Facsimile: 206.224.0779
Email: john.denkenberger@cojk.com,
james.anable@cojk.com,
brian.mcmahon@cojk.com
litdoc@cojk.com

Joseph G. Soliz
FBN: 7550
Texas Bar No. 18827600
2800 Post Oak Blvd., Suite 4100
Houston, TX 77056
Telephone: 713-228-8922
Facsimile: 713-228-8959
Email: jsoliz@aol.com

**ATTORNEYS FOR DEFENDANT
VADE RETRO TECHNOLOGY, INC.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who has consented to electronic service on this 4th day of August, 2017.  Local Rule CV-53(a)(3)(A).

        */s/ Drew Kim*