Case 4:17-cv-00119 Document 58-1 Filed in TXSD on 08/04/17 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| J&H WEB TECHNOLOGIES, LLC, § § | |
| Plaintiff, § § | CIVIL ACTION NO. 4:17-cv-119 |
| v. § § | JURY DEMAND |
| VADE RETRO TECHNOLOGY, INC., § § | PATENT CASE |
| Defendant. § § | |

## ORDER GRANTING JOINT MOTION TO DISMISS

Having considered the Joint Motion to Dismiss filed by plaintiff J&H Web Technologies, LLC ("Plaintiff" or "J&H Web") and defendant Vade Secure, Inc. ("Defendant" or "Vade Secure"), the Court is of the opinion the Motion should be GRANTED.

Pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED that all claims and counterclaims asserted in Case No. 4:17-cv-119 between J&H Web and Vade Secure are dismissed with prejudice, with fees, costs, and expenses to be borne by the party that incurred them.

SIGNED on this ___7th___ day of ___August___, 2017.

_____
VANESSA GILMORE
United States District Judge

1

18761909v.1